IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-00662-WYD-BNB

BRENT A. JONES;
JENNIFER G. JONES;
MARK A. JONES, by and through his natural parent and next friend BRENT A. JONES; and
TAYLOR M. JONES, by and through her natural parent and next friend BRENT A. JONES,

    Plaintiffs,

v.

THE ESTATE OF BOZ LANDON BRADY, by and through its personal representative JOSEPH C. BRADY; *et al.*,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Notice of Dismissal, with Prejudice, of the Claims of Jennifer G. Jones, Only (filed April 13, 2010). The Notice asserts that the claims of Jennifer G. Jones have been settled and that her claims are dismissed with prejudice. In light of this Notice, and pursuant to Rule 41(A)(1)(a) of the Federal Rules of Civil Procedure, the claims of Plaintiff Jennifer G. Jones are dismissed with prejudice and she shall hereafter be taken off the caption.

    Dated: April 28, 2010

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge