IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-00662-WYD-BNB

BRENT A. JONES;
MARK A. JONES, by and through his natural parent and next friend BRENT A. JONES; and
TAYLOR M. JONES, by and through her natural parent and next friend BRENT A. JONES,

    Plaintiffs,

v.

THE ESTATE OF BOZ LANDON BRADY, by and through its personal representative JOSEPH C. BRADY; *et al.*,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Stipulation of Dismissal, with Prejudice, of the Claims of Mark A. Jones and Taylor M. Jones, only. The Stipulation asserts that the claims of Mark A. Jones and Taylor M. Jones have been settled and that their claims are dismissed with prejudice. In light of this Stipulation and pursuant to Fed. R. Civ. P. 41(A)(1)(a), the claims of Plaintiff Mark A. Jones and Taylor M. Jones are **DISMISSED WITH PREJUDICE** and they shall hereafter be taken off the caption.

    Dated: May 14, 2010

                              BY THE COURT

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge