IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-00662-WYD-BNB

BRENT A. JONES,

    Plaintiff,

v.

THE ESTATE OF BOZ LANDON BRADY, by and through its personal representative JOSEPH C. BRADY;
JOSEPH C. BRADY, individually; and
STEPHANIE L. BRADY, individually,

    Defendants.

## ORDER

THIS MATTER is before the Court on the parties' Stipulation to Substitute Callie Brady for Joseph Brady as the Personal Representative of the Estate of Boz London Brady. The Stipulation asserts that while Joseph C. Brady was initially appointed as the personal representative of the Estate of Boz Landon Brady ["the Estate"] by the District Court for Fremont County Colorado in case number 10 PR 15, that court revoked the letters of administration which had been issued to Joseph C. Brady and appointed Callie Brady as the personal representative of the Estate on April 30, 2010.

Therefore, the parties assert that the claims against the Estate of Boz Landon Brady should now be defended by and through Callie Brady, and they agree to substitute her for Joseph C. Brady as the personal representative of the Estate.

The Court, having reviewed the Stipulation and the file and being fully advised in the premises,

ORDERS that the Stipulation to Substitute Callie Brady for Joseph Brady as the Personal Representative of the Estate of Boz London Brady is **APPROVED**. Callie Brady shall be substituted for Joseph Brady as the Personal Representative of the Estate of Boz London Brady pursuant to Fed. R. Civ. P. 17, and the caption shall hereafter be modified to so reflect this substitution.

Dated: May 14, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge