IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00662-WYD-BNB

BRENT A. JONES,

Plaintiff,

v.

THE ESTATE OF BOZ LANDON BRADY, by and through its personal representative Callie BRADY,
JOSEPH C. BRADY, individually, and
STEPHANIE L. BRADY, individually,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion to Amend Complaint** [docket no. 33, filed July 14, 2010] (the "Motion").

IT IS ORDERED that the Plaintiff's Motion to Amend Complaint is GRANTED, and Clerk of the Court is directed to accept the plaintiff's Second Amended Complaint for Damages and Jury Demand, attached to the Supplement, docket no. 36-1.

IT IS FURTHER ORDERED that the motions hearing set for July 27, 2010, is **VACATED**.

DATED: July 26, 2010