IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00662-WYD-BNB

BRENT A. JONES,

Plaintiff,

v.

THE ESTATE OF BOZ LANDON BRADY, by and through its personal representative Callie BRADY,
JOSEPH C. BRADY, individually, and
STEPHANIE L. BRADY, individually,

Defendants.

## ORDER

This matter arises on **The Estate of Boz Landon Brady's Motion for Protective Order Regarding Records Deposition and Boz Brady's Medical Records** [Doc. # 46, filed 9/14/2010] (the "Motion for Protective Order"). I held a hearing on the Motion for Protective Order this afternoon and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Protective Order [Doc. # 46] is DENIED.

Dated September 23, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge