IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00662-WYD-BNB

BRENT A. JONES,

Plaintiff,

v.

THE ESTATE OF BOZ LANDON BRADY, by and through its personal representative Callie BRADY,
JOSEPH C. BRADY, individually, and
STEPHANIE L. BRADY, individually,

Defendants.
_____

**ORDER**
_____

This matter arises as a result of my Order [Doc. # 72, filed 11/2/2010] requiring the parties to submit a proposed schedule for all remaining depositions to be taken in the case and the Supplemental Status Report Regarding Schedule of Depositions [Doc. # 79, filed 11/17/2010]. Consistent with my Order and the status report,

IT IS ORDERED:

(1) The following schedule for the remaining depositions to be taken in the case is established:

| | |
|---|---|
| Progressive Ins. Co. | 11/30/2010, at 10:00 a.m.; |
| Jon Karraker, C.P.A. | 11/30/2010, at 2:00 p.m.; |
| Pueblo Bank & Trust Co., Inc. | 12/20/2010, at 11:00 a.m.; |
| Michael Robinson | 1/7/2011, beginning not later than 1:30 p.m.; |
| Jeffrey Sabin, M.D. | 1/12/2011, at 4:30 p.m.; |

Ashley Ahrens, Ph.D. 1/13/2011, at 10:00 a.m.;

J. Scott Bicknell, M.D. 1/18/2011, at 5:30 p.m.; and

Thomas Puschak, M.D. 1/25/2011, at 9:00 a.m.; and

(2) This deposition schedule may be modified only by order of the court.

Dated November 18, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

Ashley Ahrens, Ph.D.            1/13/2011, at 10:00 a.m.;

J. Scott Bicknell, M.D.         1/18/2011, at 5:30 p.m.; and

Thomas Puschak, M.D.            1/25/2011, at 9:00 a.m.; and

(2)   This deposition schedule may be modified only by order of the court.

Dated November 18, 2010.

        BY THE COURT:

        s/ Boyd N. Boland
        United States Magistrate Judge