IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-00662-WYD- BNB | Date: December 1, 2010 |
| Courtroom Deputy: December 1, 2010 | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| BRENT A. JONES, | Michael Porter |
| Plaintiff(s), | |
| v. | |
| ESTATE OF BOZ LANDON BRADY, THE, by and through its personal representative Callie Brady | Mary Barham |
| JOSEPH C. BRADY, and individually | Brian Kennedy |
| STEPHANIE L. BRADY, individually | |
| Defendants. | |

### COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    3:00 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:    Plaintiff's motion to compel production of documents [Doc. #59; filed 10/20/10] is granted for reasons stated on the record.**

Court in Recess:    4:06 p.m.    Hearing concluded.    Total time in Court: 01:06

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.