IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00662-WYD-BNB

BRENT A. JONES,

Plaintiff,

v.

THE ESTATE OF BOZ LANDON BRADY, by and through its personal representative Callie BRADY,
JOSEPH C. BRADY, individually, and
STEPHANIE L. BRADY, individually,

Defendants.

_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion to Compel Production of Documents** [Doc. # 59, filed 10/20/2010] (the "Motion to Compel"). I held a hearing on the Motion to Compel this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record this afternoon,

IT IS ORDERED:

(1) The Motion to Compel [Doc. # 59] is GRANTED as specified on the record; and

(2) The defendants shall produce responsive documents consistent with this order that are in their actual possession on or before **December 14, 2010**. In addition, the defendants shall submit requests or releases for responsive documents in their possession, custody, and control but in the actual possession of others on or before **December 14, 2010**.

IT IS FURTHER ORDERED that the settlement conference set for December 17, 2010, at 9:00 a.m., is VACATED, to be reset at the request of the parties.

Dated December 1, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge