IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00662-WYD-BNB

BRENT A. JONES,

Plaintiff,

v.

THE ESTATE OF BOZ LANDON BRADY, by and through its personal representative Callie BRADY,
JOSEPH C. BRADY, individually, and
STEPHANIE L. BRADY, individually,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Second Motion for Extension of Time to Disclose Expert Witnesses, Pursuant to F.R.C.P. 26(a)(2)** [Doc. # 81, filed 12/1/2010] (the "Motion for Extension") by defendants Joseph C. and Stephanie L. Brady (the "Bradys"). I held a hearing on the Motion for Extension this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Extension [Doc. # 81] is GRANTED, and the case schedule is modified to the following extent:

        Expert Discovery Cut-Off:        **April 18, 2011**

        Expert Disclosures:

        (a)    The Bradys shall provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) concerning the opinions of Michael Robinson on or before **February 18, 2011**

    (b)    The plaintiff shall designate all experts in rebuttal to Michael Robinson and provide opposing counsel with the information specified in Fed. R. Civ. P. 26(a)(2) in rebuttal to those opinions on or before **March 18, 2011**

Final Pretrial Conference: The final pretrial conference set for April 14, 2011, at 8:30 a.m., is VACATED and RESET to **May 18, 2011, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than May 11, 2011.

Dated December 14, 2010.

                                  BY THE COURT:

                                  s/ Boyd N. Boland
                                  United States Magistrate Judge