IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 10-cv-00662-WYD-BNB         Date: February 7, 2011
Courtroom Deputy: Geneva D. Mattei           FTR BNB COURTROOM A-401

BRENT A. JONES,                              Michael Porter

                Plaintiffs,

v.

ESTATE OF BOZ LANDON BRADY, THE,             Mary Barham
JOSEPH C. BRADY,                             Brian Kennedy
STEPHANIE L. BRADY and
CALLIE BRADY,

                Defendants.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     8:39 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Motion to compel production of explanation of benefits forms and other documents showing the amount paid for medical treatment received by plaintiff[ Doc. #90; filed 1/23/11] is granted for reasons stated on the record. Any motions to stay this order must be filed within 14 days from today.**

Court in Recess:     9:23 a.m.     Hearing concluded.     Total time in Court: 00:44

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.