IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00662-WYD-BNB

BRENT A. JONES,

Plaintiff,

v.

THE ESTATE OF BOZ LANDON BRADY, by and through its personal representative Callie BRADY,
JOSEPH C. BRADY, individually, and
STEPHANIE L. BRADY, individually,

Defendants.

---

**ORDER**

---

This matter arises on the Brady's **Motion to Compel Production of Explanation of Benefits Forms and Other Documents Showing the Amount Paid for Medical Treatment Received by Plaintiff** [Doc. # 90, filed 1/23/2011] (the "Motion to Compel"). I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Compel [Doc. # 90] is GRANTED; and

(2) The plaintiff shall disclose responsive documents on or before **February 21, 2011**.

Dated February 7, 2011.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge