IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00662-WJM-BNB

BRENT A. JONES,

Plaintiff,

v.

THE ESTATE OF BOZ LANDON BRADY, by and through its personal representative CALLIE BRADY; JOSEPH C. BRADY, individually and STEPHANIE L. BRADY, individually,

Defendants.

---

ORDER GRANTING
PLAINTIFF'S UNOPPOSED MOTION TO TAKE
TRIAL PRESERVATION DEPOSITIONS

---

This matter is before the Court on the Plaintiff's unopposed motion to modify the Scheduling Order to allow the Plaintiff to take the videotape trial preservation depositions (Docket No.100) of his health care witnesses, Dr. Thomas Puschak, Dr. J. Scott Bicknell, Dr. Milan G. Mody, Josh Crow, D.P.T., Donald R. Smith, M.D. and Ken Kulig, M.D. and for the Defendants to take the trial preservation deposition of their expert, Michael Robinson, within thirty (30) to ninety (90) days before trial in this matter.

IT IS ORDERED that the Motion is granted.

Dated: February 15, 2011

By the Court:

Boyd N. Boland

BOYD N. BOLAND
United States Magistrate Judge