IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00662-WJM-BNB

BRENT A. JONES,

Plaintiff,

v.

THE ESTATE OF BOZ LANDON BRADY, by and through its personal representative Callie BRADY,
JOSEPH C. BRADY, individually, and
STEPHANIE L. BRADY, individually,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Briefing Schedule Re: Defendants' Motion for Summary Judgment (Docket #103)** [docket no. 107, filed February 24, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff shall respond to the Motion for Summary Judgment (docket no. 103) on or before **March 28, 2011**, and defendants' reply brief is to be filed on or before **April 25, 2011**.


DATED:  March 1, 2011