IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00662-WJM-BNB

BRENT A. JONES,

Plaintiff,

v.

THE ESTATE OF BOZ LANDON BRADY, by and through its personal representative Callie BRADY,
JOSEPH C. BRADY, individually, and
STEPHANIE L. BRADY, individually,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Extension of Time to File Response to Plaintiff's Motion for Sanctions, Including the Entry of Default Judgment, Against the Defendants Joseph Brady and Stephanie Brady (doc. 122)** [docket no. 131, filed June 1, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendants shall respond to the Motion for Sanctions [122] on or before **June 16, 2011**.

DATED:  June 1, 2011