IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00662-WJM-BNB

BRENT A. JONES,

Plaintiff,

v.

THE ESTATE OF BOZ LANDON BRADY, by and through its personal representative Callie BRADY,
JOSEPH C. BRADY, individually, and
STEPHANIE L. BRADY, individually,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Second Unopposed Motion for Extension of Time to File Response to Plaintiff's Motion for Sanctions, Including the Entry of Default Judgment, Against the Defendants Joseph Brady and Stephanie Brady (doc. 122)** [docket no. 134, filed June 16, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendants shall respond to the Motion for Sanctions [122] on or before **June 30, 2011**.

DATED: June 17, 2011