IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00662-WJM-BNB

BRENT A. JONES,

Plaintiff,

v.

THE ESTATE OF BOZ LANDON BRADY, by and through its personal representative Callie BRADY,
JOSEPH C. BRADY, individually, and
STEPHANIE L. BRADY, individually,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

At the request of the parties,

IT IS ORDERED:

(1)   The **Stipulation for the Withdrawal of Plaintiff's Motion for Sanctions [etc.]** [Doc. # 144] is GRANTED;

(2)   **Plaintiff's Motion for Sanctions [etc.]** [Doc. # 122] is DENIED as withdrawn; and

(3)   The hearing on Plaintiff's Motion for Sanctions set for August 15, 2011, at 1:30 p.m., is VACATED.


DATED:  July 14, 2011