IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

---

| | |
|---|---|
| Courtroom Deputy: Nel Steffens<br>Court Reporter:   Gwen Daniel | Date:  November 22, 2011 |

---

| | |
|---|---|
| Civil Case No.   10-cv-00662-WJM-BNB | Counsel: |
| BRENT A. JONES, | Michael Porter |
| Plaintiff, | |
| v. | |
| THE ESTATE OF BOZ LANDON BRADY, by and through its personal representative Callie Brady, | Mary Gray |
| JOSEPH C. BRADY, individually, and STEPHANIE L. BRADY, individually, | Brian Kennedy |
| Defendants. | |

---

## COURTROOM MINUTES

---

**Oral Argument**

**11:01 a.m.   Court in session.**

Appearances of counsel.

Opening statements by the Court.

The Court takes argument on **Defendants Jospheph** [sic] **C. Brady's and Stephanie L. Brady's Motion for Summary Judgment** [#103] filed February 15, 2011.

11:03 a.m.   Argument by Mr. Kennedy.

11:23 a.m.   Argument by Mr. Porter.

1

11:39 a.m.     Rebuttal Argument by Mr. Kennedy.

Colloquy between the Court and Mr. Kennedy.

**ORDERED:    Defendants Jospheph** [sic] **C. Brady's and Stephanie L. Brady's Motion for Summary Judgment** [#103] filed February 15, 2011, is **TAKEN UNDER ADVISEMENT.**  A written order shall issue.

**11:48 a.m.    Court in recess.**
Hearing concluded.
Time: 00:47