**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 10-cv-00662-WJM-BNB

BRENT A. JONES,

    Plaintiff,

v.

THE ESTATE OF BOZ LANDON BRADY, by and through its personal representative
CALLIE BRADY,
JOSEPH C. BRADY, and
STEPHANIE L. BRADY,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION
TO ADMINISTRATIVELY CLOSE ACTION**

---

This matter is before the Court on the parties' Stipulated Motion to Administratively Close Action. (ECF No. 203). The Court, having reviewed the record and being fully advised, and finding good cause shown, hereby ORDERS as follows:

1)     The Stipulated Motion to Administratively Close Action (ECF No. 203) is GRANTED;

2)     The Court directs the Clerk of Court to ADMINISTRATIVELY CLOSE this action pursuant to D.C.COLO.LCivR 41.2; and

3)     The parties are GRANTED leave to move to reopen this action upon a showing of good cause as set forth in D.C.COLO.LCivR 41.2.

Dated this 5th day of March, 2012.

BY THE COURT:

William J. Martínez
United States District Judge